# In the United States Court of Federal Claims

No. 23-1551
Filed: October 10, 2023

| |
|---|
| ANTHONY R. TURNER, |
| *Plaintiff*, |
| v. |
| UNITED STATES, |
| *Defendant*. |

### MEMORANDUM OPINION AND ORDER

To proceed in this Court, a plaintiff must either pay $402.00 in fees or request authorization to proceed without prepayment of fees by applying to proceed in forma pauperis ("IFP application"). *See* 28 U.S.C. §§ 1914, 1915. Pro se plaintiff Anthony R. Turner ("Mr. Turner") failed to do either, (*see* Compl., ECF No. 1), despite an Order issued on September 12, 2023, directing Mr. Turner to either submit a completed IFP application or pay the filling fee in full by October 3, 2023. (ECF No. 5). Therefore, the Complaint, (ECF No. 1), is hereby **DISMISSED** pursuant to RCFC 41(b). Further, the United States moved to dismiss Mr. Turner's Complaint, (ECF No. 8), under RCFC 12(b)(1) and (6). Because Mr. Turner failed to file an IFP application or pay the requisite filing fee, the United States' Motion, (ECF No. 8), is **DISMISSED AS MOOT**.

The Clerk **SHALL** enter judgment accordingly. The Clerk is also **DIRECTED TO REJECT** any future submissions in this case unless they comply with this Court's rules regarding post-dismissal submissions.

**IT IS SO ORDERED.**



*David A. Tapp*
DAVID A. TAPP, Judge